■ NILDA ZIM, Appellant, v JEFFREY BENEZRA, Respondent. [595 NYS2d 686] —Order, Supreme Court, New York County (Helen Freedman, J.), entered on or about August 23, 1989, unanimously affirmed for the reasons stated by Freedman, J., without costs and without disbursements. No opinion. Concur —Sullivan, J. P., Wallach, Kupferman, Kassal and Rubin, JJ. *[See,* 144 Misc 2d 843.]

■ IRWIN TREISER et al., Respondents, v COLUMBIA PRESBYTE-RIAN HOSPITAL, NEUROLOGICAL INSTITUTE, et al., Appellants. [595 NYS2d 686] —Order, Supreme Court, New York County (Kristin Booth Glen, J.), entered on or about December 18, 1991, unanimously affirmed for the reasons stated by Glen, J., without costs and without disbursements. No opinion. Concur —Sullivan, J. P., Wallach, Kupferman, Kassal and Rubin, JJ.

■ In the Matter of NEW YORK PUBLIC INTEREST RESEARCH GROUP et al., Respondents, v DAVID DINKINS, as Mayor of the City of New York, et al., Appellants, et al., Respondents. [595 NYS2d 687] —Order and judgment (one paper), Supreme Court, New York County (C. Beauchamp Ciparick, J.), entered on June 17, 1992, unanimously affirmed for the reasons stated by Ciparick, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Carro, Wallach and Kupferman, JJ.